THE NORWICH LAND COMPANY *v.* PUBLIC UTILITIES COMMISSION OF THE STATE OF CONNECTICUT ET AL.

The motion by the defendant Cable Video, Inc., to expedite the appeal from the Court of Common Pleas in Hartford County is denied.

*Juri E. Taalman,* in support of the motion.

Submitted May 6—decided May 13, 1975

NAPIER TALTON *v.* WARDEN, CONNECTICUT STATE PRISON

The plaintiff's motion for a review of the trial court's refusal to make a finding in the appeal from the Superior Court in Hartford County is granted and the trial court is directed to file with this court a finding, such as circumstances permit, setting forth the basis for its ultimate conclusion, including any claims of law made together with its conclusions thereon.

*John R. Williams,* special public defender, in support of the motion.

Submitted May 8—decided May 21, 1975

ALAN R. VARLEY *v.* NINA B. VARLEY

The defendant's motion for permission to file a "pro se" brief in addition to the brief filed by her attorney in the appeal from the Superior Court in Hartford County is denied.

*Joseph B. Lukas,* in support of the motion.